UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 19-9741-FMO (JPR)**                                           Date: **November 22, 2019**
Title:  **Jorge Mendoza v. Uber Technologies Inc.**

===============================================================

**DOCKET ENTRY: Order re Service of Complaint**

===============================================================

PRESENT:

**HON. <u>JEAN P. ROSENBLUTH</u>, U.S. MAGISTRATE JUDGE**

<u>Bea Martinez</u>                           <u>   n/a   </u>
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANT:
         None present                                  None present

**PROCEEDINGS: (IN CHAMBERS)**

This case has been referred to U.S. Magistrate Judge Jean Rosenbluth.  Under Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint generally must be accomplished on each named defendant within 90 days of the complaint's filing.  No later than one week after that 90-day period has expired, Plaintiff must file a separate proof of service for each defendant served within the 90-day period.[1]  **Plaintiff is cautioned that his/her failure to effect proper service by the expiration of the 90-day period may result in dismissal of the action without prejudice as to any unserved defendant(s) unless Plaintiff can show good cause for extending the time for service.**

Plaintiff is further advised of the following requirements for preparing and submitting documents in this case:

1. All future documents submitted in this case should be addressed to: Clerk, Roybal Courthouse, 255 E. Temple St., Los Angeles, CA 90012.

2. Each document submitted must bear the above title and case number.

---

[1] Proof-of-service forms (POS-010 and CV-40) are available on the court's website: www.cacd.uscourts.gov.

MINUTES FORM 11                                               Initials of Deputy Clerk:bm
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.     **CV 19-9741-FMO (JPR)**                                November 22, 2019
**Jorge Mendoza v. Uber Technologies Inc**.                                    Page 2

------------------------------------------------------------------

> Each document should have at least a one-inch margin at the top of each page and should be printed or handwritten clearly, on one side of the paper only. If Plaintiff handwrites, he or she must do so using an ink, not pencil, sufficiently dark so that it can be photocopied clearly.

3. Plaintiff is advised to keep a copy of any document sent to the Court. If Plaintiff wants the Court to send back a conformed copy (stamped with the filing date), Plaintiff must include an extra copy (or an extra copy of just the first page of the document) with the original submitted for filing. The original should be clearly marked "Original."

4. Once defendant(s) have been served with the complaint and summons, Plaintiff must mail a copy of every new document submitted to the Court for filing to defendant(s) or, if defendant(s) are represented by counsel, to defense counsel (at the address given on court orders or on defense filings). Plaintiff must attach to each new document submitted for filing a "proof of service" stating, under penalty of perjury, that a copy of the document was mailed to defendant(s) or, if defendant(s) are represented by counsel, to defense counsel, and when it was mailed. Any document submitted to the Court without a proof of service may be returned to the submitting party without consideration by the Court.

5. At the top of the first page of any document submitted for filing, Plaintiff must give his or her name, mailing address, and email address, if any, including any prisoner number or other identification number along with any other information required for mail to be delivered to Plaintiff. The Court will presume that the address given by Plaintiff is correct and will continue to use it until otherwise informed. As long as this action is pending, Plaintiff must immediately notify the Court and defendant(s) or defense counsel of any change of address, and of the new address and its effective date. Plaintiff is cautioned that if he or she fails

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.     CV 19-9741-FMO (JPR)                                November 22, 2019
<u>Jorge Mendoza v. Uber Technologies Inc</u>.                                    Page 3

------------------------------------------------------------------

to keep the Court informed of the correct mailing address, this action may be dismissed under Local Rule 41-6, which provides as follows:

> A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

6.  Plaintiff is cautioned that Local Rule 83-2.5 prohibits parties from writing letters to the Court, and Plaintiff is directed not to do so. All matters must be called to the Court's attention by appropriate application or motion filed in compliance with the above-stated requirements and the Local Rules.

Plaintiff is also advised that there are now three federal "pro se" clinics in this district. The clinics offer on-site information and guidance to individuals who are representing themselves (proceeding pro se) in federal civil actions. The clinics are administered by nonprofit law firms, not the Court. The clinic closest to Plaintiff is located in Suite 170 of the Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California 90012. It is open by appointment only on Mondays, Wednesdays, and Fridays, 9:30 a.m. to 12 p.m. and 2 to 4 p.m. To make an appointment Plaintiff should call (213) 385-2977, extension 270; useful information is also available on the clinics' website, http://prose.cacd.uscourts.gov.