AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

CV19-09741-FMO-JPR

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __UBER TECHNOLOGIES INC__
was received by me on *(date)* __12-3-19__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Gabriela Sanchez__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __UBER TECHNOLOGIES INC__
_____ on *(date)* __12-06-19__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ __100.00__ for services, for a total of $ __100.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/6/19__

*Server's signature*    File by Fax

Jeffrey Buan
*Printed name and title*

6454 Van Nuys Blvd. Ste 150, Van Nuys, CA 91401
*Server's address*

Additional information regarding attempted service, etc:

818 W 7th St #930, Los Angeles, CA 90017

# CT Corporation

# Phone Number: (213) 627-8252